SUMMONS FORM - AO 440

**14 cv**

# THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK
## DOC. NO. _____

RELATED CASE: Rogers v. USA, Et al., 2002-1794 (USDC Nwk, NJ 2002[KSH])

*******************

KEVIN ROGEERS
    Plaintiff,

-VS-

SATAN GOD;
HON. BARAK OBAMA, President USA;
UNITED STATES DEPARTMENT OF STATE,
HON. ERIC H. HOLDER, JR, USDOJ Atty Gen;
UNITED STATES DEPARTMENT OF JUSTICE;
HON. UNITED STATES SURGEON GENERAL;
• HON. KATHLEEN SEBELIUS, USHHS Commioner
UNITED STATES DEPARTMENT OF HOUSING
    URBAN DEVELOPMENT
NEWARK HOUSING AUTHORITY,
UNITED STATES DEPARTMENT OF HEALTH
    AND HUMAN SERVICES;
UNITED STATES SOCIAL SECURTITY
ADMININSTRATION;
UNITED STATES SOCIAL SECURITY
    ADMINISTRATION, NEWARK;

UNITED STATES SOCIAL SECURITY
    ADMINISTRATION, PENNSYLVANIA;

HON. CHRIS CHRISTIE, Gov. NJ;
NEW JERSEY DEPARTMENT OF STATE;
NEW JERSEY ATTORNEY GENERAL OFFICE;
NEW JERSEY DEPARTMENT OF HEALTH AND
    HUMAN SERVICE;
NEWARK DEPARTMENT OF HEALTH AND
    HUMAN SERVICES;

_____CIVIL ACTION_____
HUMAN SEX TRAFFICKING
COMMERCIAL DEBT BONDAGE
MEDICAL MALPRACTICE
PUR. 18 USC ; 22 CFR 1100.37
22 USC 2702

_____CIVIL ACTION_____

COMPLAINT FOR EQUITABLE
RELIEF OF MANDAMUS
INJUCTION, PROHIBITORY,
AND MANDATORY PUR.

28 USC 1651, 2201, 2202

1

```
52
53     HON. ANDREW CUOMO, Gov. NY;
54     StNEW YORK DEPARTMENT OF STATE;
55     NEW YORK ATTORNEY GENERAL;
56     NEW YORK DEPARTMENT OF HEALTH AND
57             HUMAN SERVICES;
58
59     HON. THEODORE ALEXANDER MCKEE,
60       USCA, Chief Judge
61     HON. WILLIAM J. MARTINI, USDJ;
62     HON. DENNIS M. CAVANAUGH, USDJ;
63     UNITED STATE DISTRICT COURT;
64     UNITED STATES COURT OF APPEAL
65             THIRD CIRCUIT;
66     UNITED STATES DEPARTMENT OF HOUSING
67     URBAN DEVELOPMENT;
68     SHAUN DONOVAN, Secretary;
69
70     BELLEVUE MEDICAL CENTER;
71     NEW JERSEY UNIVERSITY OF MEDICINE
72             AND DENTISTRY;
73     EAST ORANGE GENERAL HOSPITAL;
74     BETH ISRAEL HOSPITAL;
75     SAINT MICHA'EL MEDICAL CENTER
76             HOSPITAL
77
78
79     UNINTED STATE DEPATMENT OF BANKING
80             AND INSURANCE;
81     NEW JERSEY DEPARTMENT OF BANKING
82             INSURANC;
83     NEW YORK DEPARTMENT OF BANKING
84             AND INSURANCE
85     INSURANCE CARRIER UMD;
86     INSURANCE CARRIER SAINT MICHAEL
87             HOSPITAL;
88     INSURANCE CARRIER BETH ISREAL
89             HOSPITAL;
90     INSURANCE CARRIER EAST ORANGE
91             GENERAL HOSPITAL;
92     INSURANCE CARRIER BELEVUE
93             HOSPITAL
94     UNITED STATES DEPARTMENT OF DEFENSE
95       PENTAGON;
96     NASA;
97     FEDERAL FOOD AND DRUG ADMINISTRTION;
98     FEDERAL COMMUNICATION COMMISSION;
99     ZION TOWER REALTY, LLC;
100    INBOX.COM INTERNET SERVICE;
101        DefendantS.
       ================================================
102
103
104
105
106
```

107

108    TO:   '333' Constitution Avenue, NW

109          Wshington, DC 20001

110

111    New York Health Department

112

113    New York
114    Daniel Patrick Moynihan
115    U.S. Courthouse
116    500 Pearl Street
117    New York, New York 10007

118    Tel: (212) 805-0136
119
120

121    Bellevue Hospital Center
122    462 First Avenue
123    New York, NY 10016
124    Tel: 212-562-4141
125    Web: www.nyc.gov/html/hhc/bellevue/home.html.
126    E-MAIL:  jose.sonseca@bellevue.nychhc.org  Medical Malpractice Complaint  USDC, SE).
127
128    **ATTENTION**:
129
130         A lawsuit has been filed against the United States, New Jersey and New York
131    and Pennsylvania and their executive departments of healthcare. Your, respective,
132    Government Attorney General is the attorney of record  charged with representing
133    them in United States Courts. The matter involves human subject medical treatment
134    of Hybridoma Disease Living Organism and Recombinant 'DNA/RNA'. See 35 USC
135    271.
136
137         Pursuant to Fed.R.Cv.P. Rule '4' and 28 USC 514, 516, 519, 530B, and NJS
138    52:17A-4(e) with '21' days of this summons on you (not counting the day you received
139    it), or '60' days if you are the United States or United States agency, or an officer or
140    employee of the United States described in Fed.R.Cv.P. Rule 12(a)(2) or (3) you must
141    serve on the plaintiff an anser or a motion under Rule 12 of the Federal Rules of Civil
142    Procedure. The answer or motion must be served on the plaintiff or plaintiffs attorney,
143    whose name and address are:
144
145
146
147
148
149              **Mr. Kevin Rogers, Patient-Petitioner**
150                **Newark, New Jersey. 07050**
151

152     If you fail to respond, judgment of default will be entered against you for
153 the relief demanded in the complaint. You also must file your answer or motion with
154 the court.
155
156
157 **CLERK OF COURT**
158
159
160
161
162
163
164
165
166
167
168
169
170
171
172
173
174
175
176
177
178
179
180
181
182
183
184
185
186
187
188
189
190
191
192
193
194
195
196
197
198
199
200
201
202
203
204
205
206
207
208
209
210
211
212
213
214
215
216
217
218

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
### DOC. NO. _____

RELATED CASE: Rogers v. USA, Et al., 2002-1794 (USDC Nwk, NJ 2002)KSH])

************************

KEVIN ROGEERS
    Plaintiff,

-VS-

SATAN GOD, Et al ;
    Defendants

************************

____CIVIL ACTION____
HUMAN SEX TRAFFICKING
COMMERCIAL DEBT BONDAGE
MEDICAL MALPRACTICE
PUR. 18 USC ; 22 CFR 1100.37
22 USC 2702

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

**"[SATANISM-(1)]** My name is 'K-E-V-I-N R-O-G-E-R-S'. I am a 'HHS-SSA' Patient-Petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the Ptient Advocacy Defense Counsel and Equity-Declaratory Injunctive Relief requested for Cancer Patient Advocacy.

**"[SATANISM-(2)]** I am the petitioner-'HSS-SSA'-Patient in the above captioned action. I am submitting this "Affidavit" in support of a application for: assignment of cancer 'HSS-SSA'-Patient advocacy counsel, Declaratory Judgment, Mandamus and Injunction relief, Removal Civil Action, Writ Quo Warranto and Court Appointed 'SSA-HHS' Receivership. See Fed.R.Cv.PP. 11, 43 and 65 cf. 28 USC 1651, 2201 and 2202, 18 USC 248(Injunction Relief), 249(A)(Hate crimes Incendiary Device) and 249(B)(I)(Hate Crime Cross State Lines); Sec. NY CVP. L. 6301 (Injunction) and Sec. 6401 (Receivership); NY EXC. L. Secc. 63-B (Usurper Writ Quo Warranto), 63-c (Action by People); 74 HHS Welfare Insp. Gen), 90 (Secrary State), 159-E (NY CBDG); 42 USC 603(TANF), 1381(HHS-SSA), 1382 (SSA Disability), 902, HFAL, Sec. 2807-k-a(g)(ii)(citing 42 USC 252b, 1395dd) (Fed. Medicaid Charity Care)); NJS 26:2h-18.51 and 64 (Fed. Medicaid Charity Care) Washington Stat. RCW 70.170.060 (Fed. Medicaid Charity Care); 42 USC 2000d (Discrimination Denial HHS-SSA Federal Benefits) and 2000d-7 (Sovereign Immunity Waiver 11th Amendment); 28 USC (a)(1)(Removal Civil Action) 1367 (Anxillary Jurisdiction); See Joseph Selobyt v. Keogh-Dwyer Coorectional Facility of Sussex County , __ NJ Super __ (NJAD 2005). See also "[SATANISM-0(A)(297)(B)].

**"[SATANISM-(3)]** ASSIGNMENT ADVOCACY COUNSEL: The court is directed to consider the "Barber Surgery of the Third Degree Interrogation Imminent Danger" criterium of the application for the assignment of cancer 'HSS-SSA'-Patient advocacy counsel. See "[SATANISM-0(A)(296)(b)(1)] and 28 USC 1915(e)(1) and (g) cf. 50 USC 1543(a)(1); NJS 2A:158A-5(a) ('NJPD' may provide assistance in any federal court). The mission of 'USDOS', 'USDOJ' and 'HHS' in that respect is ameliorated with regard to "Human sex Trafficking" in "... administering health and social services for persons that are disadvantaged such as; elderly, disabled, indigent and children, and

5

271 to oversee the administration of those services by others subordinate in the local government
272 and their instrumentalities." See 'USHHS Super. Allred v. USHHS, 786 F.2d. 1128 (Fed. Cir.
273 1986)( 'USHHS supervisor testified that the victim of sex crime of 'USHHS Employee Allred's is among those
274 the agency tries to help); Atlantic Employers Ins. Co. v. Tots and tolders Pre-School Day Care Center, Inc.,
275 239 NJ Super. 271, 571 .2d 218 (1990) cert. den. 122, NJ 147, 584 A.2d 218 !990); Prococious
276 Puberty Wikipedia and 'SSA' Children Impairment Mental disorder Childhood Section 112.01. and
277 [CANCER-10(a)(15)(C)]. Depite the insolvency of the 'HSS-SSA'-Patient petitioner, under 28
278 USC 1654, the 'HSS-SSA'-Patient-petitioner has the right to plea a cause of action in
279 the courts of the United States.

282 "In all couts of the United States the partied may plead and conduct their
283 own cases personally or by counsel as by the rules of such courts, respectively,
284 are permitted to manage and conduct causes therein." See 28 USC 1654.

287 "[SATANISM-(4)] In support of this application, I answer the following
288 questions under penalty of perjury:
289 (A). *If incarcerated.* I am being held at: <u>Zion Tower Out House a public housing
290 project</u>.

292 "[SATANISM-(5)] If employed there, or have an account in the institution, I
293 have attached to this document a statement certified by the appropriate institutional officer
294 showing all receipts, expenditures, and balances during the last six months for any
295 institutional account in my name. I am also submitting a similar statement from any other
296 institution where I was
297 incarcerated during the last six months.

299 (B). *If not incarcerated.* If I am employed, my employer's name and address are:

301 "[SATANISM-(6)] My gross MONTHLY 'SSI'-INCONE wages are: $700.00
302 monthly provided y United States Social Security Administration for disability and terminal
303 illness of cancer. It is entirely used for rent, food, medicine and clothing

306 "[SATANISM-(7)] (6). *Other Income.* In the past 12 months, I have
307 received income from the following sources *(check all that apply)*:

309 (a) Business, profession, or other self-employment ' Yes [ ]' No [X]
310 (b) Rent payments, interest, or dividends ' Yes [ ]' No [ x ]
311 (c) Pension, annuity, or life insurance payments ' Yes [ ]' No [X]
312 (d) Disability, or worker's compensation payments ' Yes [X ]' No [ ]
313 (e) Gifts, or inheritances ' Yes [ ]' No [X]
314 (f) Any other sources ' Yes [ ]' No [X]
315 *If you answered "Yes" to any question above, describe below or on separate pages each*
316 *source of money and state the amount that you received and what you expect to receive in*
317 *the future.*

320 "[SATANISM-(8)] My gross MONTHLY 'SSI'-INCOME wages are:
321 **$700.00** monthly provided by United States Social Security Administration for disability
322 and terminal illness of cancer. It is entirely used for rent, food, medicine and clothing

325 "[SATANISM-(9)] Amount of money that I have in cash or in a checking or
326 savings account: **$700.00** .

6

"[SATANISM-(10)]   Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name: **NONE**

"[SATANISM-(11)]   Any housing, transportation, utilities, or loan payments, or other regular monthly expenses: **NONE**

"[SATANISM-(12)]   Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support: **NONE**

"[SATANISM-(13)]   Any debts or financial obligations: **NONE**

"[SATANISM-(14)]   *Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: APRIL 14, 2014.

RESPECTFULLY SUBMITTED

By:_____
**KEVIN ROGERS, PATIENT-PETITIONER**

387
388
389

United States Department of Justice and
New Jersey's Division of Criminal Justice
Compl. '2006-07788G'  (Nov. 2006)

390
391 Patent/Copyrights © Reserve (2013)
392
393

# THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK
# DOC. NO. _____

ELATED CASE: Rogers v. USA, Et al., 2002-1794 (USDC Nwk, NJ 2002]KSH])

*****************

| | |
|---|---|
| KEVIN ROGEERS | _____CIVIL ACTION_____ |
|    Plaintiff , | HUMAN SEX TRAFFICKING |
| | COMMERCIAL DEBT BONDAGE |
| -VS- | MEDICAL MALPRACTICE |
| | PUR. 18 USC ; 22 CFR 1100.37 |
| | 22 USC 2702 |
| SATAN GOD ; | |
| HON. BARAK OBAMA, President USA; | |
| UNITED STATES DEPARTMENT OF STATE, | |
| HON. ERIC H. HOLDER, JR, USDOJ Atty Gen; | |
| UNITED STATES DEPARTMENT OF JUSTICE; | _CIVIL ACTION APPLICATION_ |
| HON. UNITED STATES SURGEON GENERAL; | |
| HON. KATHLEEN SEBELIUS, USHHS Commioner | |
| UNITED STATES DEPARTMENT OF HEALTH | COMPLAINT FOR EQUITABLE |
|    AND HUMAN SERVICES; | RELIEF OF MANDAMUS AND |
| UNITED STATES SOCIAL SECURTITY | INJUNCTION, PROHIBITORY, |
|   ADMININSTRATION; | AND MANDATORY PUR. |
| UNITED STATES SOCIAL SECURITY | |
|    ADMINISTRATION, NEWARK; | 28 USC 1651, 2201, 2202 |

## THE RAPUNZEL PINOCCHIO
## PARA-NORMAL SATANISM SHADOW PLAYS
### WRIT OF CAPIAS NUISANCES ASSIZE INJUNCTION

NJS 26:1a-26 ( NUISANCES); NY PBH Art. 23, Sec. 2320 (Writ Nuisance Assize Prostitute); NY PBH Art. 23, Sec. 2324 (Writ Capias Nuisance Assize Prostitute Special Court Marshall Trial); NY PBH Art. 23, Sec. 2330 (Writ Capias Nuisance Assize Prostitute Special Court Marshall Trial Brain Break and Entering);

| | |
|---|---|
| 443 | |
| 444 | |
| 445 | |
| 446 | |
| 447 | |
| 448 | |
| 449 | |
| 450 | |
| 451 | |
| 452 | |
| 453 | UNITED STATES SOCIAL SECURITY |
| 454 | ADMINISTRATION, PENNSYLVANIA; |
| 455 | |
| 456 | HON. CHRIS CHRISTIE, Gov. NJ; |
| 457 | NEW JERSEY DEPARTMENT OF STATE; |
| 458 | NEW JERSEY ATTORNEY GENERAL OFFICE; |
| 459 | NEW JERSEY DEPARTMENT OF HEALTH AND |
| 460 | HUMAN SERVICE; |
| 461 | NEWARK DEPARTMENT OF HEALTH AND |
| 462 | HUMAN SERVICES; |
| 463 | |
| 464 | HON. ANDREW CUOMO, Gov. NY; |
| 465 | StNEW YORK DEPARTMENT OF STATE; |
| 466 | NEW YORK ATTORNEY GENERAL; |
| 467 | NEW YORK DEPARTMENT OF HEALTH AND |
| 468 | HUMAN SERVICES; |
| 469 | |
| 470 | HON. THEODORE ALEXANDER MCKEE, |
| 471 | USCA, Chief Judge |
| 472 | HON. WILLIAM J. MARTINI, USDJ; |
| 473 | HON. DENNIS M. CAVANAUGH, USDJ; |
| 474 | UNITED STATE DISTRICT COURT; |
| 475 | UNITED STATES COURT OF APPEAL |
| 476 | THIRD CIRCUIT; |
| 477 | |
| 478 | |
| 479 | BELLEVUE MEDICAL CENTER; |
| 480 | NEW JERSEY UNIVERSITY OF MEDICINE |
| 481 | AND DENTISTRY; |
| 482 | EAST ORANGE GENERAL HOSPITAL; |
| 483 | BETH ISRAEL HOSPITAL; |
| 484 | SAINT MICHA'EL MEDICAL CENTER |
| 485 | HOSPITAL |
| 486 | |
| 487 | UNINTED STATE DEPATMENT OF BANKING |
| 488 | AND INSURANCE; |
| 489 | NEW JERSEY DEPARTMENT OF BANKING |
| 490 | INSURANC; |
| 491 | NEW YORK DEPARTMENT OF BANKING |
| 492 | AND INSURANCE |
| 493 | INSURANCE CARRIER UMD; |
| 494 | INSURANCE CARRIER SAINT MICHAEL |
| 495 | HOSPITAL; |
| 496 | INSURANCE CARRIER BETH ISREAL |
| 497 | HOSPITAL; |
| 498 | INSURANCE CARRIER EAST ORANGE |
| 499 | GENERAL HOSPITAL; |
| 500 | INSURANCE CARRIER BELEVUE |
| 501 | HOSPITAL |
| 502 | ZION TOWER REALTY, LLC; |
| 503 | |
| 504 | Defendants. |
| 505 | |
| 506 | |
| 507 | |
| 508 | |

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

United States Department of Justice and
New Jersey's Division of Criminal Justice
Compl. '2006-07788G' (Nov. 2006)

Patent/Copyrights © Reserve (2013)

# THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK
## DOC. NO. _____

RELATED CASE:   Rogers v. USA, Et al.,   2002-1794 (USDC Nwk, NJ 2002[KSH])

**********************************

| | |
|---|---|
| KEVIN ROGERS, <br> Plaintiff <br><br> s-VS- <br><br><br> SATAN GOD Et al; <br><br> Defendants. | \_\_\_\_\_CIVIL ACTION\_\_\_\_\_ <br> HUMAN SEX TRAFFICKING <br> COMMERCIAL DEBT BONDAGE <br> MEDICAL MALPRACTICE <br> PUR. 18 USC ; 22 CFR 1100.37 <br> 22 USC 2702 |

**********************************

STATE OF NEW JERSEY)
                   )SS
   ESSEX COUNTY    )

---

## MANDAMUS RELIEF AND MANDATORY INJUNCTION
## RELIEF AND DECLARATORY JUDGMENT
# A F F I D A V I T
### Fed.R.Cv.PP. 11, 43 and 65

559
560

# TABLE OF CONTENT

561
562
563
564                                                                              PAGE

565   SECTION 'A' .................................................................. 12
566                               **Parties Involved**
567                              (Section Pages 25)

568

569   SECTION 'B' ................................................................... 37
570                         **Affiant-Subject Matter Jurisdiction**
571                              (Section Pages 61)
572

573

574   SECTION 'C' ................................................................. 103
575                    Judicial Recusal – Justiciable Mootness
576            Anxillary Subject Matter - Probate Bond Indebtedness
577                              (Section Pages 30)
578
579

580   SECTION 'D' ................................................................. 133
581                    'SSA' MEDICAL CLAIMS INSUBORDINATION:
582                              (Section Pages 50)

583

584

585   SECTION 'E' ................................................................. 153
586                    **WRIT OF CAPIAS ASSIZED   GHOST SURGERY**
587            **SEPARATION OF POWER / BALANCES-CHECKS AND BALANCES**
588                              (Section Pages 55)

589   SECTION 'F' ................................................................. 188
590
591       **FEDERAL/NJ PUBLIC DEFENDER CONTRACT - RETAINER AGREEMENT**
592                  **FEDERAL/STATE DEPARTMENT DESIGNATION**
593                           **ASSIGNMENT OF COUNSEL**
594                              (Section Pages 10)

595   SECTION 'G' ................................................................. 198
596              **Federal Cause of Action and Equitable Relief**
597                              (Section Pages 13)

598

599
600
601
602
603
604
605
606
607
608

## SECTION 'A'

### UNCONTROVERTIBLE    FACTUAL    AFFIDAVIT

"[SATANISM-O(A)(1)]    I, K-E-V-I-N   R-O-G-E-R-S,   of full age being duly sworn according to laws certifies:

(a)   PRELIMINARY STATEMENT: This is a Genocide and Human Sex Trafficking application for equitable relief against  official conspiracy to commit murder in Black Messiah Celebrity Stalking. See 18 USC 1091 and 1589. The 'HHS-SSA'-patient is seeking equitable relief of mandamus, injunction and declaratory judgments. It is filed under the auspices of International Laws and United States Laws. The United State District Court and United State Judiciary Jurisdiction and venue is established and invoked of the Article '3' Case and Controversy under International Laws and United States Laws cited herein. See "[SATANISM-O(A)(312) et seq]. There are "post complaint filing integrity violations and unconscionable breakdown" in the legal action. The "post complaint filing integrity violations and unconscionable breakdown" that form the basis of "removal" of the case and controversies therein to the Federal Judicial System are racial. Also, the "unconscionable breakdown" are based upon the diversity of respondents and inability of the 'HHS-SSA'-patient to enforce FEDERAL/STATE COURT PROCEDURAL RULES AND ORDERS and federal protected rights on subordinate level that are federal, state, commonwealth, county and municipal. See Bryan v. US, 338 US 552 (1949)(citing 28 USC 2106(vacatur)); US v. William, 504 US 36 (1992)(Supervisory powers at IRS Grand Jury Misconduct); Map v. Ohio, 367 US 643 (1961)(Supervision Power '4th' Amendment); US v. Nixon, 418 US 683 (1974)(Supervisoy power executive branch communications at criminal trials). The supervisory powers of the court to regulate judicial business, and filing and review of proper papers, in the federal court is found under federal laws.

> "The Supreme Court or [any other court of appellate juirisdiction] may affirm, modify, vacate, set aside or reverse any judgment, decree or order of a court lawfully brought before it for review, and may remand the cause and direct the entry of such appropriate judgment, decree or order, or require such further proceeding to be had as may be just under the circumstance." See 28 USC 2106.

(b) <u>ACUMEN TRAUMA –MEDICINE</u>: The "Trauma Acumen Reports" herein <u>conclusively reveals</u> the 'HHS-SSA'-patient has <u>Per Anun Human Subject Experimental Trauma</u> and <u>serious bodily injury</u> that will last more than '12' months and is <u>expected to result in death</u> of terminal illnesses. The court must "assume as true all well pleaded carcinoma and medical facts" and can not refused to grant judgment. The condition is formally records while in <u>In Personam Jurisdiction</u> of the New Jersey Department of Correction and noticed by 'USDOJ' <u>Attorney Hon. Rebert Kirsch</u>, of the <u>United States Attorney Office</u> and <u>United States District Court Judge Hon. Katherine S. Hayden (KSH)</u>. The 'HHS-SSA' thereafter, in the '2008th' year, approved social security disability application filed in the '2006th' year. The patient has a morbid cancer condition of sarx-sarcoma, carcinoma and melenoma. From a <u>gram-positive infections</u> and <u>gram-negative infections</u> such as "Kaposi Sarcoma". <u>See Blackstone Commentary, Offense Against Public Health</u>, Book 4, Ch. 13 (sarx-sarcoma, carcinoma) <u>cf</u>. 18 <u>USC</u> 232(5).

Anas (May Allah be pleased with him) reported: The Prophet (PBUH) used to supplicate:
"Allahumma inni a'udhu bika minal-barasi, wal- jununi, wal-judhami, wa sayyi'il-asqami' (O Allah! I seek refuge in You from <u>leucoderma-lymphomia-carcinoma</u>, insanity, leprosy-sex and evil diseases)."[Abu Dawud].

وعن أنس رضي الله عنه أن النبي صلى الله عليه وسلم، كان يقول: "اللهم إني أعوذ بك من البرص والجنون، والجذام، وسيئ الأسقام". رواه أبو داود بإسناد صحيح.

(c) The "Kaposi Sarcoma" is prevalent in <u>Equatorial Africa</u> (Sapharic) in children before <u>puberty</u> and adults. It is also found in older men of <u>Eastern European and Middle East Ancestry</u> (Ashkenazi). See '<u>USHHS Super. Allred v. USHHS</u>, 786 F.2d. 1128 (Fed. Cir. 1986)( '<u>USHHS supervisor testified that the victim of sex crime of 'USHHS Employee Allred's is among those the agency tries to help)</u>; <u>Atlantic Employers Ins. Co. v. Tots and tolders Pre-School Day Care Center, Inc.</u>, 239 NJ Super. 271, 571 .2d 218 (1990) <u>cert</u>. <u>den</u>. 122, NJ 147, 584 A.2d 218 !990); <u>Prococious Puberty Wikipedia</u> and '<u>SSA' Children Impairment Mental disorder Childhood</u> Section 112.01. and [CANCER-10(a)(15)(C)]. The condition was known in Europe as "Bubonic Plague" and "Black Plague" in Africa. The 'HHS-SSA'-patient brain has biochip with <u>hybridomic and mutagenic materials</u>. There is soft-tissue damage with tumor and cyst. Additionlaly, there is intra-cranial <u>compression (smash brain) with herniation and hemmorrhage</u>. The patient has biochips and nerve agent implanted to the brainstems: a) to restrict breathing, cause arrhythmia, cadiac arrest; and b) cerebellum causng equilibrium. <u>See Deut</u>. 28:65 <u>cf</u>. <u>Quran Ch. 111</u>. The 'HHS-SSA'-patient has <u>gram-positive infections</u> and <u>gram-negative infections</u> that caused <u>sores and rash on the groin area, hand and feet</u>. The "semen emissio" of humans and mammals, reptiles, cats, dogs, grazing cattle in the hemotological system. It is also a <u>Polyneuritis-Neuropathic Per Os/Per Anum Buggery</u> condition. <u>See</u> 18 <u>usc</u> 642, 670; <u>Edwin Papyrus Case</u> 3 <u>cf</u>. <u>Lev</u>. 15:3 <u>Rev</u>. 13:16; <u>NJS</u> 59:10a-2. Finally, there is <u>enriched plutonium, helium and uranium</u> in the hemalogical system of the patient. <u>See</u> "[SATANISM-0(A)(178)]; "[SATANISM-0(A)(199)]; "[SATANISM-0(A)(202)(a)]; "[SATANISM-0(A)(202)(b)]; "[SATANISM-0(A)(188)]; "[SATANISM-0(A)(297)(A)(1)]; 18 USC 2244; Lev. Ch. 15 and Edwin Papyrus Case 31.

For devils can assume the bodies of dead men, or recreated for themselves out of air (disease organism) and other elements a palpable body like that of flesh (sarx-sarcoma), and to these they can impart <u>heat</u> at their will. They can therefore create the appearance of sex which they do not have naturally, and <u>abuse men in feminine form or women in masculine form</u>; and lie atop (brain) of women or lie under men; and they <u>can also produce semen</u> which they have brought from else where, and imitate the natural ejeculation." <u>See Sexual Relation with Devils, Miskatonic Univetsity</u> (2202) <u>cf</u>. <u>Deut</u>. 28:22 and 50 <u>USC</u> 2302.

The (Ye)hweh/hiyah-disease living organism shall assault you with a consumption and with fever and with <u>inflammation-meningitis</u> and with <u>heat-burning</u>...until you are destroyed." <u>See</u>. <u>Deut</u>. 28:22 and 50 <u>USC</u> 2302.

# PARTIES INVOLVED

"[SATANISM-0(A)(2)(a)] YOUR PETITIONER IS Mr. Kevin Rogers. He is a "<u>American with Disability Ward of Government</u>" in a "<u>Temporary Security</u>

704  Area." of a "semi-conductive biochip and radiation experimentation". See 17 USC 901; NJAC
705  10:16-11.3 ("ward"); 10:16-2.15 ("Reportable Diseases"); ; 10:16-2.5 (HHS Director Health).

**"[SATANISM-O(A)(2)(b)]**  Plaintiff Mr. Kevin Rogers is noxiously ailed HHS-SSA-Patient Petitioner and a client terminally illed with carcinoma-sarcoma-melenoma. The patient is a "Ward of Government". A "Ward" in American with Disability estate means an individual under custodial supervision of any government department, or for whom a guardian is appointed by a government department or an individual under the protection of a court. See NJS 3B:1-1. Guardian Ad Litem meaning a person appointed by government department or by a court to represent an incompetent person (e.g., *prisoner, ward of state, child, mentally ill, incapacited disable. Handicap*). See Rank v. Howard, 633 F.2d 844 (9th Cir. 1980). In Loco Parentis mean the assumption of caretaker of a ward child or incompetent without legal right, appointment or court order. See NJS 9:6-8.54 cf. Dorothy v. Little Rock Scoool Distr., 7 F.3d 729 (8th Cir. 1993)(Retard child ward of government raped in shower); www.rainn.org/get-information/statistics/treporting-rates. In either case never can a sexual offender be defined in either categories. See NJS 9:2-4.1 and 9:6-8.84, 9:6-1 (c) and (f). cf. State v. N.W., 329 NJ Super. 326 (NJ AD 2000)(Carnal Knowledge transcending necrophilia).

**"[SATANISM-O(A)(3)]**  In October of the '2006th' year, HHS-SSA-Patient Petitioner was formally enrolled under the HHS-SSA American with Disability Act. He is the human subject in a genetic engineering human subject experimentation. It involves Iso-Homogeneous radiation eminating of 'HHS–SSA/USDOS-NSC' Black Art Site and Temporary Security Area. See e.g., 14 USC 1203a-101; 28 USC 1442a cf. "[SATANISM-O(A)(97)(c)]. The experiment are similar to the Seattle Washington and Berkley experiment involves Gauss Meter Sensative Biochip Implants/Transplant and fallout-living organism and vector precursors. They are "Photo-Active" in 'MRI'-Scans and 'CT'-Scans. See e.g., 18 USC 178, 50 USC 2302, 42 USC 273 (*Organ Procurement Program, Transplant and Genetic Engineering*) cf. NJ Const. Art. 1, Secc. 4 and 5. According to 'USDOS-NSC' and 'NASA' regulation a '30' days "Temporary Security Area" means:

> "Temporary Security Area." A designated interim security area, the need for whixh will not exceed '30' days from date of establishment. A temporary security area may also be established on an interim basis, pending approval of its establishment as a permanent security area. See 14 USC 1203a-101.

> "Extra-terrestrially Exposed" means that state or condition of any person, property, animal or other form of life or matter whatever, who or which has:

> (1) Touched directly or come within the atmosphere envelope of any other celestial body;
> (2) Touched directly or hs been in close proximity to (or has been exposed directly to) any person, property, animal or other form of life or matter who has been extraterrestrially exposed by virtue of paragraph (b)(!) of this section.

> (C) "Quarantine" means the detention, examination and decomtamination of any perosn, property, animal or other life form or matter that is extraterrestrially exposed....
> *** The Quarantine may be based only on probable cause to believe that such person, property, animal or other form of life or matter whatever is extraterrestrially exposed."

Compare also "**P**hoenix **S**carecrow **N**uclear **W**eapons **P**rogram". See ['SG1' Par. 0.12-2].

(1) the term "**communications satellite system**" refers to a system of communications satellites in space whose purpose is to relay telecommunication information between satellite communication terminal stations, together with such associated equipment and facilities for tracking, guidance, control, and command function as are not part of the generalized launching, tracking, control, and command facilities for all space purposes;

(2) the term "**satellite terminal station**" refers to a complex of communication equipment located on earth's surface, operationally connected with one or more terrestrial communication system and capable of

14

transmitting telecommunications to or receiving telecommunications from the communication satellite system;

(3) the term **"communication satellite"** means an earth satellite which is intentionally used to rely telecommunication information;

*******************************************

(5) the term **"Research and Development"** refers to the conception, design, and first creation of experimental or proto-type operational devices for operation of a communication satellite, including the assembly and separate component into its working whole, as distinguished from the term "productions" which relates to the construction of such devices to fixed specifications capable with repetitive duplication for operational application;

*******************************************

(9) the term **"Administration"** means the <u>National Aeronautic and Space Administration</u> **(NASA)."**

See <u>In re Barret</u>, 660 F,Supp. 1291 (1987).

**"[SATANISM-0(A)(4)]** In the '2002nd' year **'MRI'-Scans** of the brainstem, ventricles and cerebellum, reveals a "Browning Effect" with **"signal lose"** in the course of 'MRI' interpretation. The "Browning Effect" indicates thermal nuclear and parasite exposures The "Browning Effect" addresses issues of **"Molecular Diffusion"** and 'Molecular Perfusion" from a thermal-heat exposure perspective. Diffusion with the 'HSS-SSA'-Patient Petitioner is defined entirely out side of the "MRI' context and was not related to the **"MRI' Environment**. The **molecular diffusion** is referred to as the **"Browning Effect"** with the 'HSS-SSA'-Patient case involving **translational molecular motions**. In an 'MRI' a radio-signal can be lost or decreased. That was seen in the brainstem, ventricles and cerebellum. <u>See The Harvard Classics (1910), Vol. '33', Pp.42-43</u>. In the "SG1'-Application it waas stated:

[SG1 – 0.10-1] At <u>Seattle Washington and Berkley Congressional Reports</u> detail that clinical examination were conducted concerning the subjects. Clinical studies by Dr. David Starks and Dr. William Bradley, detail peculiar finding of signal lost with MRI examination of subject of thermo-Nuclear exposures. <u>See</u> <u>Magnetic Resonance Imaging</u> by Dr. David Starks and Dr. William Bradley (2nd. ed. 1992). The <u>deductive rationale being that signal lost relates to molecular diffusion</u> which is <u>Extra-MRI Environmental</u> and means that the subject has been exposed to radioactivity outside the MRI Environment. <u>See</u> <u>Investigation of Delayed Neutron Decay Curves Resulting from Uranium and Plutonium Fissure</u> (1947) by C. Redman D. Saxon, Oak Ridge Tenn (Declassified March 5, 1947..The Senate Judiciary Committee observed the similar finding with NASA Employees. <u>See</u> 14 <u>CFR</u> 1211.100 also Post Par. '0-11', '0-13.1'. The reports stated:

"During the early 1970s, humans subjects were placed within neutron and ions beams at accelerators in <u>Berkeley and Seattle</u>. These experiments arose because astronauts had observed visual light-streak effects while <u>exposed to cosmic rays in space flight</u>. One objective of the experiments was to explore "visual sensation" in human from exposure to ions.

Two subjects observes <u>light flashes in neutron beams</u> of peak energy of 640 million electron volts (MeV); six subjects observed light flashes and dim but definite streaks of 25 MeV peak energy; and two subjects observed light flashes and streaks due to <u>helium ions impinging</u> upon human retina.

These experiments were conducted by the Lawrence Berkeley Laboratory and were funded by the Atomic Energy Commission. They were reported in <u>Nuclear Science Abstracts</u> in 1972 and 1973; The summary fact sheet provided by the Department of Energy reports no longer term follow up on the human subjects. id. at p. 19.

**Also see:**

> Molecular diffusion is the result of thermal, so-called Brownian Effect, random translational motion that involves all molecules. Perfusion relates to blood delivery to tissue.
>
> Measuring molecular diffusion may bring several potentially useful new approaches to tissue characterization and functional studies, from the determination of cell-geometry   (and radioactive mutation of electromagnetic-ray bombardments[added])   in the early clinical evaluation of cerebral vascular accident (CVS, Stroke).
>
> This interest diffusion results from the unique feature of the parameter; directly reflects molecular mobility.
>
> Molecular mobility also affects 'T1" and 'T2' relaxation times, but diffusion refers only to translational molecular motion, whereas 'T1' and 'T2' reflects complex molecular transactions involving rotational motion and exchanges. Moreover, are MR parameters affected by 'MR' experimental conditions, such as the value of magnetic field.
>
> By contrast, diffusion is defined entirely outside the MR context, and does not depend on MR environment. However, 'MRI' is only in vivo technique available today to measure diffusion from molecular displacements. ***.
>
> The variance distance traveled is proportional to the time in interval 't', according to the so-called Einstein equation:
>
> <r2> = 2D t (or '6'  D t. if we consider displacements in three dimensional)
>
> In homogenous medium the diffusion coefficient is the same in all directions; that is, it is isotrophyisic (deteriorate). In certain tissue, however, diffusion may vary depending on the friction on the measurement. For example, diffusion in the brain is much greater along the white matter tracts than perpendicular to them. ***. Such tissue are said to be anisotrophic. ***. Regardless of the relative rates within the voxel motion, on the molecular level is essentially random, or incoherent.
>
> s Thus diffusion is sometimes referred to a introvoxal coherent motion. Motion on the capillary level, or the other hand, should maintain some phase coherence as the protons transverse the voxel. Such capillary motion, which should be indicative of perfusion, is referred to as intravoxel coherent motion. id. at . 254.

**"[SATANISM-0(A)(4)]   Your Respondent is** Hon. Mr. Barak **Obama.** The Hon. Mr. Barak Obama is the United States President. Under the United States Constitution Article '2' and Section '2', is the Commander and Chief of the United States of America which is sovereign territory and corporate authority. The President's office is located within the United States Department of State of the United States Government's. The United States President's Office is charged with the duty and functions of organizing the principal departments of the executive branch and faithfully enforcing the constitution and laws of the United States. See political jurisdiction pleaing at "Paragraph "[SATANISM-0(A)(297)(B)].

**"[SATANISM-0(A)(5)(a)]** USDOJ - U.S. ATTORNEY OF RECORD: To the end of enforcing the laws of the United States the **President's Attorney of Record** is the **United States Attorney General**; who advises the president to the constitutional and statutory obligations of the United States Presidency and defends citizens of United States and each of the departments of the executive branch in court. **See 28 USC 511 and 28 CFR 0.15(a)(1)(v)(3), 28 CFR 0.29**(Inspector General); **31 USC 3801(a)(4)(A)(i)** (Inspector General); **5 USC 101, 103** cf. [SG1- Par. A-1]. The president shall request the opinion of each of the principal departments of the of the executive branch on subject matter related to each of their respective professional duties and functions and direct them in discharging the political business of the United States of America. See **US Const. Art.** 2, **Sec.** 2 and 5 **USC 101-106.**

**"[SATANISM-0(A)(5)(b)]** The president shall **disqualify-recuse** a USDOJ attorney of record in that cases of a conflict of interest with employees and family members and designate a **special attorney** to represent the United States Office of the President, or a agency, office or department or subdivision therein. **See 28 CFR 45.2(c)(1) and (2),**

16

601.1/601.4.   To provide "Cancer Treatment", and the United States President's Office is being sued for equity relief in Mandamus, Injunction Prohibitory and Injunction Mandatory. See 28 USC 1331, 1343, 1651, 2201 and 2202. In a related matter of cancer prior to becoming Governor of New Jersey, the Hon. Chris Christie was employed by the 'USDOJ' in the United States Attorney Office.

Under "United Statets Executuve Branch Dispute Resolution Policy", New Jersey Hon. Chris Christie acted as attorney of record for the Unitd States and 'USIRS' and 'USHUD' (with NCC Homes, LTd) in an Probate Indebtedness Proceeding, 'HUD' Mortgage Related Security Debt Collection and Chapter '11' Bankruptcy, 'HUD' Section '213' Saving and Loan Thrift of '1980' and supervising the 'FBI' in obtaining the 'HUD'-Deposition Affidavit'. See 5 USC 574 and 28 USC 652; 11 USC 101(16); 12 USC 1715e; 15 USC 78c(41), 2301(10);  ; 28 USC 512, 516, 518, 519, 541, 547 cf. Neece v. USIRS, 922 F.2d 573 (10th Cir. 1990) and "[SATANISM-0(A)(166)]. The 'USDOJ' Attorney Hon. Chris Christie was required under '31 USC 3801' to submit invoice for making prompt payment requisitions to 'USDOT' or 'HUD'. See 28 USC 2407. That is customary to service a "contract-claim" and provide property of choice voucher for four bed room housing replacement dwelling and such other property right as deem equitable by the court, 'USDOT' and 'HUD'. See 31 USC 3123, 3727, 3901 and 15 USC 2301(10).

### FEDERAL AND STATE CASE ADMINISTRATORS:

"[SATANISM-0(A)(5)(c)]   The 'USDOJ' represenation of a "entity' known 'HUD' extended to 'HUD' designated provisional trustees of 'HUD-NCC' and '120' cooperative tenants of 'HUD'- Section '213' investor cooporative project. See 12 USC 1751(5), 2601 cf. and Meyer v. Holley, 537 US 280 (2003). According to "HUD' Homeownersip Advertisement, the tenant held their "occupancy certificates" while 'HUD' held the corporate voter trust certificate for the duration of lien period against principal loan. See 24 CFR 982.630 and www.hud.gov/offices/hsq/sfh/hcc/hcs.cfm. Under "Anti-Trust" laws, the secretary of 'HUD' was required to hold corporate certificate and voter trust certificate with requirement to exercise votes toward the releases of loan and indebtedness. The secretary was required to close and turn over cororporate voter trust certificate to coorpoartive parcel to the respective owners. See e.g., 24 CFR 203.43C; 24 CFR 266.402(b)(1); 15 USC 1, 13b and 78c(10),(22)(A) and (41)(A)(i). 'HUD' is varcrious liable as entity for acts and omissions of employees within the scope of their authority

"[SATANISM-0(A)(5)(d)] FIDUCIARY PROVISIONAL TRISTEES: Also on the regulatory and loan agreement an additional attorney is provided as New Jersey Attonrey General Hon. M. Richard W. Vail. See NJS 52:17A-4(b), (c) and (e) and 28 USC 519. On August 13, 1973, a corporate certificate was filed with the 'NJDOS'. See NJS 15A:2-10. .According to 'NJDOS' Secretary Hon. Robert M. Falsey, the initial 'IRS/HUD-AFDC/NJHMFA' Youth Casemanagers and provisional board of trustees members were: a) Mr. Authur J. Bray, b) Mr Willie Wright, c) Mr Newton Richards, d) Mr Joseph Chaneyfield, e) Mrs Elma Bateman, f) Mr William Linder, g) Mrs Mary Smith and h) Mr Harry Hines, Jr. See 42 USC 6089a(2); 29 USC 206, 216; 29 USC 1104 (Fiduciary Privy); Blonder Tongues Alboraties, Inc. v. University of Ill Founder, 402 US 313, 329 (1971).

The HUD/Treasury Managers and Provisional Trustees annual salary would have been an estimated '$8,528.00' dollars each under federal labor laws. See 29 USC B 1102. That is a federal wage of '$1.60' and '170%' in insider fiduciary capacity. The ratio of '33%' (52 cent hour) of '$1.60' is very low income for that federal minimum wage . See NJS 15A:2-8; NJAC 5:14-3.9; 5:14-3.10; NJAC 10:37H-2.10 (Staff Youth Case Manager); 29 USC 206 (citing 42 USC 409.. The '120' tenant member including trustees are "principal" under the 'HUD'-Section '213' Regulatory Agreement with Section '101/235' carrying charge payments. It is similar to 'HOPE-Program Requirements. See e.g., 24 CFR 572.10, 572.120; 235.335; NJS 3B:19-10.   Consistent with the Federal 'HOPE'- Program Regulation the term "Conversion-Management" at 'HUD'-NC-Homes Associates means "... the removal public housing units from the inventory of a Public Housing Agency (PHA), and the provision of tenant-based HAP assistance" to complete purchase:

17

For the purpose of this subpart, the term "conversion" means the _removal public housing units from the inventory_ of a Public Housing Agency (PHA), and the provision of tenant-based, or project-based assistance for the residents of the public housing that is being remove. See 24 CFR 972.203.

See e.g., NJ Public Hearing -Policy of State Mortgage Financing Agency (Nov.22, 1983) at Pp. 'x6'.

"[SATANISM-0(A)(5)(e)] CORPORATE POWER SERVICE: The 'USDOJ' as attorney of record for the United States Executive Branch and each of its department, must defend the United States and each of the departments. See 5 USC 101 and 103, The United States is a corporate power that is suing the patient, and, therefore, is being sued by the patient. Service upon the 'USDOJ' is service upon the United states and each of the principal departments. See Fed.R.Cv.P. 4(i). Again, United States is given actual notice from complaints of 1989, 1990, 1992, 1995, 1999, 2003, 2005, 2006 and 2008 of foreign state conspiracy of human sex trafficking, genocide and murders in the economic espionage activity involves violations of Mans Act Interstate Transportion in Sex Trafficking , Smith Act Un-American Subversive Activity Overthrowing Judicial Process of United States and Sherman Act Anti-Trust Monopoly and Unfair Competition of Sex Trafficking. See 15 USC 1 and 18 USC 2421 and 2385 and 28 CFR 0.40; . The "cororations owned or controlled by the Government of the United States" are:

United states Department of State; United States Department of Treasury; United States Department of Defense; United States Department of Justice; United States Department of Interior; United States Department of Agriculture; United States Department of Commerce; United States Department of Labor; United States Department of Health and Human Serviced; United states Department of Ttransportation; United States of Energy; Unikted States Department of Energy; United States Department of Education, United states Department of Veteran Affairs and United States Department of Homeland Security. See 5 USC 101, 102 and 103.

"[SATANISM-0(A)(6)] YOUR RESPONDENT IS the _United States of America_. It is a sovereign territory recognized by the United Nation's Security Council. The United States of America is a political authority and corporate power having the right to sue and be sued in laws of Equity and is being sued for equity relief. in Mandamus, Injunction Prohibitory and Injunction Mandatory. See 28 USC 1331, 1343, 1651, 2201 and 2202. See political jurisdiction pleading at "Paragraph "[SATANISM-0(A)(297).

'USDOJ/HHS-SSA'-EXTRA-CONSTITITONAL DISPOSITION:

"[SATANISM-0(A)(6)(a)] The United States, New Jersey, Pennsylvania and Ne w York states are involved in a racial dispute in imbecilty infancy of parasites hosting human being in tenency assize to foreign states. See 28 USC 1330 (action against foreign state); 1332 (Diversity Infant); 1347 (Tenancy House of Commoners Joint tenancy), 144 . Also it is not lawful of the 'USDOJ' Civil Rights Division to receive an application and be at the crime scene and not provide assistance. In "postmarked April 1, 2005" involvng "genocidal aggravated institutional sexual abuse" it was not provided to the "USDOJ/HHS-SSA' Inspector General". Instead it appears the attorney general function was extra-constitutionally delegated to supporting staff paralegal contrary to federal statutes and federal regulation. See 31 USC 3812 and 28 CFR 0.50. The 'USDOJ' Paralegal Hon. Ms. Sia Pidatala improperly dismissed the application without inquiry. The 'USDOJ' is required to over-rule the determination and reopen the case as a non-political dispostion that is also contrary to "public policy" and unacceptable. The 'HSS-SSA'-Patient filed complaint addressing the issue of 'NJPD' misconduct in human sex trafficking. The complaint was not provided to the 'USDOJ's Inspector General [CANCER-10(a)(20)] which is a requirement for further discussion with government attorneys. See 31 USC § 3801, 3812 and 28 CFR 0.50 .

NOTICE PERIOD OF INQUIRY AND REPLY:

TORT NOTICE AND ESTOPPEL

**"[SATANISM-O(A)(6)(b)]"** That is because a "factual 'STD' finding" by a "medical doctor" constitutes a substantial threat to public policy of health, growth, development safety, security and sanitation. That mandates 'USDOJ'-Attorney General Intervention on behalf of the infected classes with "impartial medical expert" within '90' days in the cases of tort(urous) conduct and public institutions. See 28 USC 2403 (USDC certify to tty Gen; 28 USC 2675; NJS 52:4B-13 and NJS 59:8-9.. In the '90' days notice period the Government must assesss the allegation for factual basis, thwart dangerous and prejudicial condition and has the right to: 1) defend the government against claims, 2) settle claims of a factual complaint-appliction; or 3) seek equitable relief as the interest of justice requires; including but not limited to tranfer, demotion or removal of torturous employee or dangerous condition. See 5 USC 2301, 4301 and 4303 (Transfer/Demotion/Removl).

**"[SATANISM-O(A)(6)(c)]"** Such Notice Statutes "are enacted primarily for the benefit of the government defendants...and enable those defendants to "investigate early, prepare a stronger case after disallowance under "False Claims Act" and perhaps reach a settlement.***Disallowance shall be served on the claimant by registered or certified mail and reecipt thereof, signed by the claimant, or the returned registered letter, shall be proof of service." See e.g., Felder v. Duane, 487 US 131 (1988); Graves v. Dept VA, Case No. 13-CV-14140, __ F.3d __ (DC Mich. 2014) cf. 28 USC 2401(b), 2672 and 2675. A claim may be dismissed under "False Claims Act" and "claim disallowed" where: 1) 'USDOJ' Atty Kirsch letter to United States District Court Judge Hon. Katheine S. Hayden is false; 2) 'USDOJ/HUD' Affidavit of New Jersey Governor Christes is false; 3) 'HHS-SSA'-Affidavit and medical documents are false or fraudulent or information is established to be stolen property, false or fraudulent. See 31 USC 3730, 3724 and 3729.

**"[SATANISM-O(A)(6)(d)]"** The complaint allegations were factually verified in "Dispute Resolution Policy", but dismissed under the "False Claims Act" by the supporting staff member who was a paralegal. See 5 USC 572. Prior to that in the '2000th' year the **"USDOJ"** Attorney Robert Kirsch "overtly conceded" to economic espionage by a foreign state conducting radiation hybridoma experimentation. The paralegal claim the 'USDOJ' "lack political standings" under 5 USC 2301/31 USC 3801(a)(4b ) and was unable to assist but came to the crime scene thereafter. The 'USDOJ' can not be at the crime scene and refuse assistance. Also 'USDOJ' can not used the information provided to "induce hybridoma infringement of patent rights." See 35 USC 271 cf "[SATANISM-O(A)(89)(a)]. That occurred after the filing of the applications and complaints and further when request was made for assistance in 'USDOS', 'USDOJ', 'NJDOS', NJ/NY/Pa Attorney General, New York/NJ Hospitals and 'HHS'. The 'USDOJ' Paralegal as a 'USDOJ' Claim Officer , in "Shadow Plays - Legal Process Sex Traffick Abuse", stated in'2005th' letter to the prisoners factual complaint:

> Dear Mr. Rogers:
>
> This is a a response to the letter postmarked April 1, 2005, in which you allege bribery-commercial, influence peddling, sexual harassment, genocide-human-sex-trafficking.
>
> The Criminal Section of the Civil Right Division has the responsibility of enforcing federal criminal civil rights statutes. The enforcement activity involves deprivation of civil rights under color of law, generally police brutality(18 USC 241 and 242).
>
> Remaining enforcement efforts are directed at the forcible interference of specifically enumerated federally protected activities based upon race, color, religion and national origin (18 USC

245, 247, and 42 USC 3631), as well as allegations of Human Sex Trafficking, Involuntary Servitude or Peonage(18 USC 1581, 1584, 1589-1590) and forcibly interference with clinics under the Freedom of Access to Clinic Entrances Act (18 USC 248).

We have carefully reviewed the information whuich you furnished. However, we hace concluded that your complaint does not involve a prosecutable violation of federal criminal civil rights statutes.

This is not a judgment on the truth or merit of your complaint, it is simply to inform you that this is not the type of case that this office could prosecute. Accordingly we are unable to assist you."

**"[SATANISM-0(A)(7)]** Your Respondent is Hon. Mr. Andrew Cuomo.** The Hon. Mr. Andrew Cuomo is the **New York State Governor**. Under New York State Constitution Article '4' and Section '3', he is the Commander and Chief of New York State which is political subdivision of the United States, sovereign territory and corporate authority. The New York State Governor's Office is located within New York Department. See NY Stat. Exe Art. 6, Par. 90. The New York State Governor's Office is charged with the duties and functions of organizing the principal departments of the executive branch and faithfully enforcing the constitution and laws of the United States and New York State.

**"[SATANISM-0(A)(8)(a)]** NY STATE ATTORNEY OF RECORD: To the end of enforcing the laws of the United States and New York State the **Governor's Attorney of Record** is the **New York State Attorney General**; who advises the governor to the constitutional and statutory obligations of the United States of America and New York State. See NY Const. Art. 5, Sec. 1 cf. NY Stat. Exe Art. 2, Par. 53; Exe Art. 4-A, Sec. 53, Par. 1; Cv. Prac. L.R. Art. 3, Sec. 301.; 18 USC 2241(b)(1)(Aggavated Sex abuseSpecial Marintime Fukka Jurissidction). The governor shall request the opinion of each of the principal departments of the of the executive branch on subject matter related to each of their respective professional duties and functions and direct them in discharging of the political business of the United States of America and New York State. See US Const. Art. 2, Sec. 2 and 5 USC 101-106. To provide "Cancer Treatment", the New York State Governor's Office is being sued for equity relief in **Mandamus, Injunction Prohibitory** and **Injunction Mandatory**. See 28 USC 1331, 1343, 1651, 2201 and 2202 cf. NY CVP L. Art. 63, Sec. 6301. See political jurisdiction pleaing at "Paragraph "[SATANISM-0(A)(297); "[SATANISM-0(A)(11)(a)].

**"[SATANISM-0(A)(8)(b)]** CORPORATE POWER SERVICE: The 'New York Attorney General' as attorney of record for the New York States Executive Branch and each of its department, must defend the New York States and each of the departments. See 5 USC 101 and 103, The New York States is a corporate power that is suing the patient, and, therefore, is being sued by the patient. Service upon the 'New York Attorney General' is service upon the 'New York State' and each of the principal departments. See Fed.R.Cv.P. 4(j); NY EXEC L. Art. 5, Sec. 63; NY CPLR L. Art. 3, Sec. 307.

**"[SATANISM-0(A)(9)]** Your Respondent is New York State. It is a sovereign territory recognized by the United Nation's Security Council. The New York State is a political authority and corporate power having the right to sue and be sued in laws of Equity and is being sued for equity relief. in **Mandamus, Injunction Prohibitory** and **Injunction Mandatory**. See 28 USC 1331, 1343, 1651, 2201 and 2202.

**"[SATANISM-0(A)(10)]** Your Respondent is Hon. Mr. Chris Christie.** The Hon. Mr. Chris Christie is the **New York State Governor**. Under New